UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

Ozark Physical Therapy, LLP et al.                )
                                                  )
                                                  )
        Plaintiff(s)                              )
                                                  )       Case No. 4:13cv02065 CDP
        vs.                                       )
                                                  )
Hartford Casualty Insurance Company               )
                                                  )
                                                  )
        Defendant(s)                              )

## ORDER

The above styled and numbered case was filed on October 14, 2013 and randomly assigned to the Honorable Catherine D. Perry , United States District Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly.   The case should have been assigned to the Southeastern Division.  Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge, under cause number 1:13cv00152.    **IT IS FURTHER ORDERED** that cause number. 4:13cv02065 CDP be administratively closed.

Dated this 15th Day of October, 2013.           JAMES G. WOODWARD
                                                By: /s/ Katie Spurgeon, Deputy in Charge

**Please note the new case number: 1:13cv00152 LMB.**