UNITED STATES DISTRICT COURT EASTERN DISTRICT
SOUTHEASTERN DIVISION
STATE OF MISSOURI

OZARK PHYSICAL THERAPY, LLP, )
OZARK PHYSICAL MEDICINE, LLC, )
and )
AUSTIN TINSLEY, )    Cause No.:   1:13-CV-00152
 )
　　Plaintiffs. )
 )
v. )    JURY TRIAL DEMANDED
 )
HARTFORD CASUALTY INSURANCE CO. )
 )
　　Defendant. )

## STIPULATION FOR DISMISSAL

COME NOW Plaintiffs and Defendant and stipulate and agree that Plaintiff's cause herein shall be dismissed with prejudice, with each party to pay its own Court costs.

WITNESS our hands this 12th day of January, 2016.

_____        _____
John R. Schneider                                     Scott C. Harper, #34378
Johnson & Schneider, LLC                      Brinker & Doyen, LLP
212 North Main Street                              34 North Meramec – 5th Floor
Cape Girardeau, MO 63701                    St. Louis, MO 63105
kaela@johnsonschneider.com               314-863-6311; Fax 314-863-8197
*Attorney for Plaintiffs*                              harper@brinkerdoyen.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

SO ORDERED this 13th day of January, 2016.   _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　STEPHEN N. LIMBAUGH, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1